# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**301-344-0052**

## M E M O R A N D U M

TO:        Counsel of Record

FROM:      Judge Roger W. Titus

RE:        *United States of America v. Andre T. Lyons*
           Case No. RWT 13-cr-0282

DATE:      November 17, 2014

* * * * * * * * *

At the request of the parties, the rearraignment and plea hearing currently scheduled for November 20, 2014 is hereby rescheduled for **November 25, 2014 at 9:00 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

_____/s/_____

Roger W. Titus
United States District Judge