# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. Andre T. Lyons*  
Case No. RWT 13-cr-0282

DATE: February 1, 2016

\* \* \* \* \* \* \* \* \*

      Due to a change in the Court's schedule, the sentencing hearing currently scheduled for April 19, 2016 at 9:00 a.m. is hereby **RESCHEDULED** for **April 20, 2016 at 11:00 a.m.**

      Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge