# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                           **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                       **GREENBELT, MARYLAND 20770**
                                                                                                      **301-344-0052**

## M E M O R A N D U M

TO:        Counsel of Record

FROM:    Judge Roger W. Titus

RE:        *United States of America v. Andre T. Lyons*
                Case No. RWT 13-cr-0282

DATE:    April 12, 2016

* * * * * * * * *

At the request of the parties, the sentencing hearing currently scheduled for April 20, 2016 at 11:00 a.m. is hereby **RESCHEDULED** for **July 28, 2016 at 9:30 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                       /s/
                                        Roger W. Titus
                                        United States District Judge